LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (CA Bar No. 073901)
Nicole A. Smith, Esq. (CA Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>MONSTER DADDY LLC, a South Carolina limited liability company, and DOES ONE through TWENTY inclusive,<br><br>              Defendants. | No. C 07-03272 EMC<br><br>STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE DATE; AND [PROPOSED] ORDER THEREON |

      The Court having set the Initial Case Management Conference for September 26, 2007 at 1:30 p.m., and counsel for Plaintiff, Monster Cable Products, Inc., having previously made

THE PARTIES HEREBY STIPULATE to reset the date for the Initial Case Management Conference to October 24, 2007 at 1:30 p.m. THE PARTIES FURTHER STIPULATE that Defendant Monster Daddy, LLC, by entering into and agreeing to this Stipulated Motion, has not waived any defenses it may have in this case, including, but not limited to, defenses relating to jurisdictional matters.

Dated: 8/27/07

LaRIVIERE, GRUBMAN & PAYNE LLP

Robert W. Payne
Attorneys for Plaintiff
Monster Cable Products, Inc.

Dated: 8-27-2007

W. Scott Creasman
Attorneys for Defendant
Monster Daddy, LLC

**IT IS SO ORDERED**

Dated: _____

United States Magistate Judge

STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE DATE;
AND [PROPOSED] ORDER THEREON

- 2 -