LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (CA Bar No. 073901)
Nicole A. Smith, Esq. (CA Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
Post Office Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONSTER CABLE PRODUCTS, INC.,
a California corporation,

    Plaintiff,

v.

MONSTER DADDY, LLC, a South Carolina limited liability company, and DOES ONE-TWENTY, Inclusive,
    Defendant.

Case No. C 07-03272 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/28/2007

_____
Signature

Counsel for Plaintiff
(Name of party or indicate "pro se")