1  Robert W. Payne (Bar No. 073901)
   Nicole A. Smith (Bar No. 243823)
2  LaRiviere, Grubman & Payne, LLP
   19 Upper Ragsdale Drive, Suite 200
3  P.O. Box 3140
   Monterey, CA  93940
4  831-649-8800
   Fax:  831-649-8835
5  Email:  rpayne@lgpatlaw.com
           nsmith@lgpatlaw.com
6
   Attorneys for Plaintiff
7  MONSTER CABLE PRODUCTS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 MONSTER CABLE PRODUCTS, INC., a        )  Case No. C 3:07-cv-03272-SI
   California corporation,                )
13                                        )  **PROOF OF SERVICE FOR PLAINTIFF'S**
                   Plaintiff,             )  **SEPARATE CASE MANAGEMENT**
14        vs.                             )  **CONFERENCE STATEMENT AND**
                                          )  **[PROPOSED ORDER]**
15                                        )
   MONSTER DADDY, LLC, a                  )
16 corporation, and DOES ONE through      )
   TWENTY inclusive,                      )
17                                        )
                   Defendant.             )
18                                        )

19  _____

20        No counsel has yet appeared in this case, consequently, the Separate Case Management

21  Conference Statement, attached as Exhibit A, was sent to the following addresses:

22
   Monster Daddy, LLC
23 P.O. Box 26855
   Greenville, SC 29616
24
   Scott Creasman, Esq.
25 Taylor, Busch, Slipakoff & Duma, LLP
   1600 Parkwood Circle, Suite 200
26 Atlanta, GA 30339

27

28

1    Please note that Scott Creasman of Taylor Busch is former counsel of this case and a

2 courtesy copy is being sent to him until we are aware of new counsel retained by Defendants,

3 Monster Daddy.

4

5 Date: October 26, 2007                    LARIVIERE, GRUBMAN & PAYNE, LLP

6

7                                           By: _Nicole A. Smith_____

8                                               Nicole A. Smith
                                                Attorneys for Defendant
9                                               MONSTER CABLE
                                                PRODUCTS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

3      I am over 18 years of age and not a party to the within action.  My business address is 19

4  Upper Ragsdale Drive, Building, Suite 200, Monterey, California, 93940.  On October 26, 2007, I

5  served the following document:

6      **PROOF OF SERVICE FOR PLAINTIFF'S SEPARATE CASE MANAGEMENT**

7      **CONFERENCE STATEMENT AND [PROPOSED] ORDER**

8      by placing a true copy thereof enclosed in a sealed envelope and served in the manner

9  described below to the interested parties herein and addressed to:

10  Monster Daddy, LLC
    P.O. Box 26855
11  Greenville, SC 29616

12
    Scott Creasman, Esq.
13  Taylor, Busch, Slipakoff & Duma, LLP
    1600 Parkwood Circle, Suite 200
14  Atlanta, GA 30339

15
    X__    **MAIL**: I caused such envelope(s)to be deposited into the United States Postal Service,
16             with postage thereon fully prepaid, addressed to the addresses(s) designated.

17  ____    **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the
              addressee(s) designated.
18

19  __     **BY FACSIMILE**: By use of facsimile machine telephone number (831) 373-8302, I
              served a copy of the within document on the below parties at the facsimile number listed.
20            The transmission was reported as complete and without error.

21  _X_   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court
              at whose direction the service was made.
22

23      Executed on October 26, 2007 at Monterey, California.

24      _Ricki Alexander_____

25      Ricki S. Alexander

26

27

28

# Exhibit A

1   Robert W. Payne (Bar No. 073901)
    Nicole A. Smith (Bar No. 243823)
2   LaRiviere, Grubman & Payne, LLP
    19 Upper Ragsdale Drive, Suite 200
3   P.O. Box 3140
    Monterey, CA  93940
4   831-649-8800
    Fax: 831-649-8835
5   Email:  rpayne@lgpatlaw.com
            nsmith@lgpatlaw.com
6
    Attorneys for Plaintiff
7   MONSTER CABLE PRODUCTS, INC.

8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12  MONSTER CABLE PRODUCTS, INC., a    )  Case No. C 3:07-cv-03272-SI
    California corporation,            )
13                                     )  **SEPARATE CASE MANAGEMENT
                                       )  CONFERENCE STATEMENT AND
14           Plaintiff,                )  [PROPOSED] ORDER**
        vs.                            )
15                                     )
                                       )
16  MONSTER DADDY, LLC, a              )
    corporation, and DOES ONE through  )
17  TWENTY inclusive,                  )
                                       )
18           Defendant.                )
                                       )

19

20            UNDUE HARDSHIP STATEMENT

21

22      Plaintiff, Monster Cable Products, Inc., filed this Separate Case Management

23  Conference Statement as it has been unable to obtain consent to our proposed Joint Case

24  Management Conference Statement from Defendants.  It is important to note that Defendants

25  have terminated their prior counsel and are working **without any attorneys**.  In addition,

26  Monster Cable notes that neither an answer nor counterclaim have been filed in this case by

27  Defendants.  No attorneys have appeared on behalf of the Defendants.

28

Case No.  C 3:07-cv-03272-SI
SEPARATE CASE MANAGEMENT CONFERENCE
STATEMENT AND [PROPOSED] ORDER              1

1      Both parties are communicating and the dates proposed in this Separate Case

2  Management Conference Statement should give Defendants ample time to retain counsel and

3  file the needed documents for litigation.     In addition, both parties are in settlement

4  discussions at this time.

5                 SEPARATE CASE MANAGEMENT STATEMENT

6      Pursuant to Civil Local Rule 16-9 and the Standing Order for all judges of the

7  Northern District of California, the Joint Case Management Statement below contains the

8  contents required as of March 1, 2007.

9          1.    Jurisdiction and Service:

10              a)    This action arises under 15 U.S.C. § 1114 et seq. and 28 U.S.C. §§

11                    1331 and 1338.    Jurisdiction is therefore proper under 28 U.S.C.

12                    §§1331.

13              b)    This Court has personal jurisdiction over Defendants, which are

14                    located within and doing business in the State of California and this

15                    District.   Venue is proper in this Court under 28 U.S.C. § 1391 (b)

16                    and (c).

17              c)    Service has been accepted by the opposing party.

18          2.    Facts:

19                        Facts Not In Dispute

20      On or about June 12, 2007, Defendant's former counsel sent a threatening

21  ultimatum letter to Plaintiff's counsel, received in the Northern District of California,

22  accusing Plaintiff of having fraudulently registered one or more "Monster" trademarks.  The

23  letter threatens to file suit or otherwise to proceed officially to seek cancellation of all such

24  registrations.  As a result of Defendant's accusations in the ultimatum letter of said date,

25  Plaintiff filed for declaratory judgment on June 21, 2007.

26                         Facts in Dispute

27              a)    Monster has not fraudulently sought to register any trademark and has

28                    diligently sought to correct existing registrations to accurately reflect correct

usage of the marks in question. Defendant has made such accusations in bad faith.

b)    There is an actual and continuing justiciable controversy within this district between Plaintiff and Defendant as to Plaintiff's right to threaten or maintain suit for cancellation of one or more of said aforementioned trademarks, and as to the scope and viability of said registrations.

c)    Whether Monster has suffered any damages as the result of any acts for which Monster Daddy is legally liable.

The factual issues set forth above are not meant to be final or exhaustive, and the parties reserve their rights to reformulate these issues or include other appropriate issues as they develop or become known to the parties.

3.    Legal Issues:

None of the material legal allegations of Monster Cable's complaint have been denied by Monster Daddy because no answer has been filed. The counts alleged by Monster are as follows: a) Violation of the Lanham Act within the meaning of 15 U.S.C. §1114; and b) The case at bar is an "exceptional case" within the meaning of 35 U.S.C. §285 and Monster Cable seeks costs and reasonable attorney's fees incurred.

The legal issues set forth above are not meant to be final or exhaustive, and the parties reserve their rights to reformulate these issues or include other appropriate issues as they develop or become known to the parties.

4.    Motions:

There are no motions currently on file.

5.    Amendment of Pleadings:

There are no current plans for the amendment of pleadings. The proposed deadline to amend pleadings is September 21, 2008.

//

6. Evidence Preservation:

Plaintiff Monster Cable has instructed its employees to preserve all evidence related to the litigation, suspended any document destruction program that may destroy relevant evidence, and have ceased erasure of related emails, voicemails, and other electronic material.

7. Disclosures:

Pursuant to Fed. R. Civ. P. 26(1) (1) & Civil L.R. 16-9, the initial disclosure deadline will be March 23, 2008.

8. Discovery:

As of October 25, 2007, no discovery has been taken. Monster Cable anticipates taking adequate discovery in order to determine the full scope of facts and issues. Monster Cable believes the discovery limits of the Federal Rules of Civil Procedure are sufficient limitation to the discovery of the case at bar.

Monster Cable proposes the following discovery plan:

### DISCOVERY PLAN

| | | |
|---|---|---|
| a) | Completion of non-expert discovery | September 21, 2008 |
| b) | Joint disclosure of experts & reports | November 19, 2008 |
| c) | Close of expert discovery | January 18, 2009 |
| d) | Last day to file dispositive motions | March 10, 2009 |

9. Class Actions:

This is not a class action case.

10. Related Cases:

There are no related Lanham Act trademark proceedings pending.

11. Relief:

Plaintiff, Monster, seeks injunctive relief and damages for wrongful profits sustained by Monster Daddy as well as attorneys fees and costs. Defendant, Monster Daddy, has not yet filed an answer or counterclaim.

//

12. Settlement and ADR:

Plaintiff would agree to private mediation and requests a deadline of May 31, 2008, to complete the mediation.

13. Consent to Magistrate Judge for All Purposes:

Parties do not consent to referral to a magistrate judge.

14. Other References:

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues:

Monster Cable is unaware of any issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial. Thus Plaintiff does not request any bifurcation of issues, claims, or defenses.

16. Expedited Schedule:

Monster Cable does believe that this is the type of case that need be handled on an expedited basis, but propose instead an early mediation date and the following proposed scheduling plan to aid in the expedited resolution of the case.

17. Scheduling:

Monster Cable proposes the following scheduling plan:

PROPOSED SCHEDULING PLAN

| | |
|---|---|
| New parties/ amendments: | September 21, 2008 |
| Completion of other non-expert discovery: | November 19, 2008 |
| Joint disclosure of experts/reports: | December 19, 2008 |
| Close of expert discovery: | January 18, 2009 |
| Last day to file dispositive motions: | March 10, 2009 |
| Pretrial conference: | April 25, 2009 |
| Last day to complete mediation: | May 31, 2008 |

//

1    17. <u>Trial</u>:

2        Plaintiff, Monster Cable, has requested a jury trial and expects a trial of seven

3    (7) days.  Plaintiff suggests a trial date of May 5, 2009.

4    18. <u>Disclosure of Non-party Interested Entities or Persons</u>:

5        Neither party has filed a "Certification of Interested Entities or Persons" and

6    Plaintiff has no knowledge of any other persons, firms partnerships, corporations

7    (including parent corporations) or other entities that have either (i) a financial interest

8    in the subject matter in controversy or in a party to the proceeding; or (ii) any other

9    kind of interest that could be substantially affected by the outcome of the proceeding.

10    **SIGNATURE AND CERTIFICATION BY PARTIES AND COUNSEL**

11        Pursuant to Civil L.R. 16-8, each of the undersigned certifies that he or she has read
the brochure entitled "Dispute Resolution Procedures in the Northern District of California,"
12    discussed the available dispute resolution options provided by the court and private entities
and has considered whether this case might benefit from any of the available dispute
13    resolution options.

14

15    Dated: October 26, 2007                LARIVIERE, GRUBMAN & PAYNE, LLP

16                                By: Nicole A. Smith

17                                    Robert W. Payne
18                                    Nicole A. Smith
                                    Attorneys for Defendant
19                                    MONSTER CABLE
                                    PRODUCTS, INC.

20

21    **IT IS SO ORDERED.**

22

23    Dated: _____            _____
                                    Susan Illston
24                                    United States District Court Judge

25

26

27

28

Case No. C 3:07-cv-03272-SI
SEPARATE CASE MANAGEMENT CONFERENCE
STATEMENT AND [PROPOSED] ORDER                6