Robert W. Payne (Ca Bar No. 073901)
Nicole A. Smith (Ca Bar No. 243823)
LARIVIERE, GRUBMAN & PAYNE, LLP
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93940
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER DADDY, LLC, a corporation, and DOES ONE through TWENTY inclusive,<br><br>Defendant. | No. C 3:07-cv-03272-SI<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

The Plaintiff, MONSTER CABLE PRODUCTS, INC., pursuant to Fed.R.Civ.P. 41(a)(1), hereby files a Notice of Dismissal, dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

//

1

2  Dated: November 1, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

LaRIVIERE, GRUBMAN & PAYNE, LLP

By _/s/ Nicole A. Smith_
Nicole A. Smith
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

Monster Cable Products, Inc. v. Monster Daddy, LLC
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 3:07-cv-03272-SI

2

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On November 1, 2007, I served the following document:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

> James Carter
> Monster Daddy, LLC
> P.O. Box 26855
> Greenville, SC 29616
>
> Scott Creasman, Esq.
> Taylor, Busch, Slipakoff & Duma, LLP
> 1600 Parkwood Circle, Suite 200
> Atlanta, GA 30339

__X__ **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____ **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____ **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 1, 2007 at Monterey, California.

*[signature]*
Tabatha Morgan
Paralegal

Monster Cable Products, Inc. v. Monster Daddy, LLC
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 3:07-cv-03272-SI