LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (CA Bar No. 073901)
Nicole A. Smith, Esq. (CA Bar No. 243823)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MONSTER DADDY LLC, a corporation, and DOES ONE through TWENTY inclusive,<br><br>Defendant. | No. 3:07-cv-03272-SI<br><br>REQUEST FOR AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

The Plaintiff, MONSTER CABLE PRODUCTS, INC., pursuant to Fed.R.Civ.P. 41(a)(1), having previously filed its Notice of Dismissal, dismissing all claims in this action without prejudice, and pursuant to the request by Defendant therefor, hereby requests that the Court order dismissal of the action WITH PREJUDICE, each party to bear its own costs, expenses and attorneys' fees.

//

//

//

Monster Cable Products, Inc. v. Monster Daddy, LLC
Request for and [Proposed] Order for Dismissal with Prejudice
Case No. 3:07-cv-03272-SI                - 1 -

Dated: July 25, 2008

Respectfully Submitted,

LaRIVIERE, GRUBMAN & PAYNE, LLP

By: _____
Robert W. Payne
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

## ORDER

Plaintiff having so requested, and Defendant not having appeared in this action, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JUDGE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Monster Cable Products, Inc. v. Monster Daddy, LLC
Request for and [Proposed] Order for Dismissal with Prejudice
Case No. 3:07-cv-03272-SI                - 2 -

**CERTIFICATE OF SERVICE**

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On July 25, 2008, I served the following document:

**REQUEST FOR AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

James Carter
Monster Daddy, LLC
P.O. Box 26855
Greenville, SC 29616

Monster Daddy, LLC
13 Ridgeland Drive
Greenville, SC 29601

Scott Creasman, Esq.
Taylor, Busch, Slipakoff & Duma, LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

__X__ **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____ **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

_____ **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2008, at Monterey, California.

*Cheryl Bilgin*
Cheryl Bilgin
Paralegal

Monster Cable Products, Inc. v. Monster Daddy, LLC
Request for and [Proposed] Order for Dismissal with Prejudice
Case No. 3:07-cv-03272-SI                    - 3 -